**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                    NO. 4:06CR00016 GTE

**CRAIG HOKE WOOLFOLK**

## ORDER AND JUDGMENT

The above entitled cause came on for hearing on the Petition to Revoke Probation filed by the Government on August 23, 2007. The Defendant admitted that part of the allegations contained in the Violation Memorandum were true during the hearing, therefore the Court finds that Defendant, Craig Hoke Woolfolk, violated the conditions of his Probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Probation granted this Defendant, Craig Hoke Woolfolk, on April 4, 2007, be, and it is hereby, **REVOKED**.

IT IS FURTHER ORDERED that the defendant serve a period of imprisonment of EIGHT (8) MONTHS in the custody of the Bureau of Prisons. The Court recommends the defendant participate in substance abuse treatment and educational and vocational programs during incarceration. The Defendant shall report on September 24, 2007, by 2:00 p.m. to the designated institution or to the United States Marshal for this District.

A period of supervised release of TWO (2) YEARS is imposed to begin upon release from defendant's term of imprisonment.

During supervised release the defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain

from the use of alcohol throughout the course of treatment.

    IT IS SO ORDERED this 27th day of August, 2007.

                                                       /s Garnett Thomas Eisele
                                               UNITED STATES DISTRICT JUDGE